CASA DiMARIO, INC.

v.

Leo FOX, et al.

Nos. 99–162–A, 99–84–A.

Supreme Court of Rhode Island.

Feb. 15, 2001.

John B. Lawlor, Jr., Albert R. Romano, Providence, John B. Harwood, Pawtucket.

R. Kelly Sheridan, John M. Verdecchia, Kathleen M. Powers, Marc DeSisto, Providence.

## ORDER

The petition for reargument filed by plaintiff Casa DiMario, Inc. is denied.